IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arlene Kaminski, <br><br> Plaintiff, <br><br> v. <br><br> Bank of America, N.A., <br><br> Defendant. | Case No. 16 cv 10844 <br> Judge Robert W. Gettleman |

## ORDER

Motion hearing held. Defendant Bank of America N.A.'s motion [32] to grant leave to attorney Brian E. Spang to withdraw is granted. Plaintiff's joint motion [34] for preliminary approval of class and collective action settlement is granted by agreement. Fairness hearing set for 2/15/2018 at 9:30 a.m. Status hearing set for 11/28/17 at 9:00 a.m. is vacated.

(00:10)

Date: 11/2/2017

Robert W. Gettleman
United States District Judge