IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLENE KAMINSKI, individually and on behalf of all others similarly situated, | ) ) ) Case No. 1:16-cv-10844 |
| Plaintiffs, | ) ) |
| v. | ) Honorable Judge Robert W. ) Gettleman |
| BANK OF AMERICA, N.A. | ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING PRELIMINARY APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT**

On November 2, 2017, the Court heard the Parties' joint motion for preliminary approval of a class and collective action settlement. The Court has considered the motion, including reviewing the Settlement Agreement and its exhibits, which include the Illinois Rule 23 Class Notice, the New York Rule 23 Class Notice, the proposed FLSA Collective Notice (collectively "Class Notice"), the Illinois Claim Form, the New York Claim Form and the FLSA Consent Form (collectively "Claim Form"), along with the submissions of counsel, and hereby finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order (the "Preliminary Approval Order") will have the same meaning as defined in the Settlement Agreement.

2. The Court grants Plaintiff leave to file her Third Amended Complaint on or before November 10, 2017, to include added claims for unpaid overtime wages pursuant to the New York Labor Laws ("NYLL") and/or New York Codes, Rules and Regulations.

3. The Court finds on a preliminary basis that the settlement memorialized in the Settlement Agreement, and filed with the Court, falls within the range of reasonableness and,

1

therefore, meets the requirements for preliminary approval.

4. This Court grants preliminary approval of the Settlement Agreement, including preliminary approval of the attorneys' fees and costs payable to Class Counsel, the enhancement payment to the Named Plaintiff and the settlement administration costs.

5. This Court approves KCC as Claims Administrator to perform duties in accordance with the terms of the Settlement Agreement and the plan of settlement administration therein.

6. The Class Notice to be provided, as set forth in the Settlement Agreement, is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement and the Final Approval Hearing (where applicable) to all persons and entities affected by and/or entitled to participate in the settlement, in full compliance with the notice requirements of Fed. R. Civ. P. 23, due process, the Constitution of the United States, the laws of the State of Illinois, and all other applicable laws. The Notices are accurate, objective, and informative and provide Plaintiff Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

7. The Illinois Rule 23 Class Notice, the New York Rule 23 Class Notice, the FLSA Collective Notice, the Illinois Claim Form, the New York Claim Form and the FLSA Consent Form are approved. The Claims Administrator is authorized to mail those documents to the Plaintiff Class Members and institute a dedicated website as provided in the Settlement Agreement.

8. Pending the Court's decision on final approval of the settlement and entry of the Court's Final Approval Order, the Lawsuit and any other action or proceeding brought by or on behalf of the Named Plaintiff or any Plaintiff Class Member that asserts any claim released under the Settlement Agreement shall be stayed in each such action or proceeding, other than anything

related to the administration of this settlement.

9. The Named Plaintiff and Defendant are ordered to carry out the settlement according to the terms of the Settlement Agreement.

10. The Court will conduct a Final Approval Hearing on February 15, 2018 at 9:30 a.m. to determine the overall fairness of the settlement. The Final Approval Hearing may be continued without further notice to Plaintiff Class Members. The Named Plaintiff and Defendant shall file their motion for approval of the settlement, and Class Counsel shall file their unopposed motion for attorneys' fees and costs on or before February 1, 2018.

11. Any Rule 23 Class Member may appear at the Final Approval Hearing and may object to the Settlement, as provided in the Illinois and New York Rule 23 Class Notices.

12. Any Plaintiff Class Member may choose to opt out of and be excluded from the settlement by following the instructions for requesting exclusion that are set forth in the Settlement Agreement and Notice. Any written request to opt-out must be signed by each such person opting out.

13. That the Parties are willing to stipulate to class and collective certification as part of the settlement shall have no bearing on, nor be admissible in connection with, the issue of whether of a class should be certified in a non-settlement context. In the event the settlement does not become effective in accordance with the terms of the Agreement, or the settlement is not finally approved, or is terminated, canceled, or fails to become effective, then the Parties shall revert to their respective positions existing immediately prior to the date they entered into the Agreement.

**IT IS SO ORDERED.**

Dated: _November 8_, 2017

_/s/ Robert W. Gettleman_
The Honorable Robert W. Gettleman
Unites States District Court Judge for the
Northern District of Illinois

3