IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLENE KAMINSKI, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 1:16-cv-10844 ) ) |
| v. | ) Honorable Judge Robert W. ) Gettleman |
| BANK OF AMERICA, N.A. | ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION TO EXTEND THE FINAL APPROVAL FILING DEADLINE**

Named Plaintiff, Arlene Kaminski, on behalf of herself and all others similarly situated, and the Defendant, Bank of America, N.A. (collectively referred to as the "Parties"), by and through their undersigned counsel, hereby request that this Honorable Court grant their Motion and, in support thereof, state as follows:

1. On November 2, 2017, the Court granted the Parties' Joint Motion for Preliminary Approval of a Class and Collective Action Settlement. (D.E. 34). The Court ordered the Parties to "file their motion for approval of the settlement, and Class Counsel [to] file their unopposed motion for attorneys' fees and costs on or before February 1, 2018." (D.E. 38).

2. On December 1, 2017, the Court-approved FLSA Collective Action and Rule 23 Class Action Notices and Claim and Consent to Join Forms were mailed to approximately 113 individuals, with a response deadline set for January 30, 2018.

3. Given that the response deadline of January 30, 2018 and the February 1, 2018 filing deadline for the Parties' Joint Motion for Final Approval and Plaintiffs' Unopposed Motion

1

for Fees are two (2) days apart, in order to fully advise the Court, the Parties jointly request a brief extension of seven (7) days to file their Motions, or February 8, 2018.

4. The Parties agree that extending the filing deadline by one week will be ample time to ensure any Claim and Consent Forms and/or Objections, timely post-marked by January 30, 2018, are received and processed, and the Parties may then fully and accurately report on the Claims Administration and response rates of class members.

WHEREFORE, the Parties, through their attorneys, respectfully request that this Honorable Court grant their Joint Motion to Extend the Final Approval Filing Deadline and enter the Proposed Order, attached hereto as Exhibit A.

Dated: January 23, 2018                                    Respectfully Submitted,

*/s/ Catherine T. Mitchell*
Ryan F. Stephan
Catherine T. Mitchell
Stephan Zouras, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-233-1550
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

**ATTORNEYS FOR THE PLAINTIFFS**

*/s/ Michael D. Mandel*
Michael D. Mandel
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
(310) 315-8200
mmandel@mcguirewoods.com

Katherine P. Lennox
McGuireWoods LLP
77 West Wacker Drive, 41st Floor

        Chicago, IL 60402
        (312) 750-3532
        klennox@mcguirewoods.com

        **ATTORNEYS FOR THE DEFENDANTS**

## **CERTIFICATE OF SERVICE**

     I, the attorney, hereby certify that on January 23, 2018, I electronically filed the attached with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

                                                     */s/ Catherine T. Mitchell*